

## COURT OF CRIMINAL APPEALS
P.O. BOX 12308, CAPITOL STATION
AUSTIN, TEXAS 78711

**SHARON KELLER**
PRESIDING JUDGE

**LAWRENCE MEYERS**
**TOM PRICE**
**PAUL WOMACK**
**CHERYL JOHNSON**
**MIKE KEASLER**
**BARBARA P. HERVEY**
**CATHY COCHRAN**
**ELSA ALCALA**
JUDGES

**ABEL ACOSTA**
CLERK
(512) 463-1551

**SIAN SCHILHAB**
GENERAL COUNSEL
(512) 463-1600

August 20, 2014

130th District Court Presiding Judge
1700 7th St, Rm 317
Bay City, TX 77414-5034

SAMUEL AGUILAR
Coffield Unit - TDC # 1631736
2661 FM 2054
Tennessee Colony, TX 75884

**Re: AGUILAR, SAMUEL**
**CCA No.** WR-81,758-01
**Trial Court Case No.** 09-253-A

**COA No.** 13-10-00273-CR

The court has issued an opinion on the above referenced cause number.

Sincerely,

Abel Acosta, Clerk

cc:  District Attorney Matagorda County (DELIVERED VIA E-MAIL)
District Clerk Matagorda County (DELIVERED VIA E-MAIL)
13th Court Of Appeals Clerk (DELIVERED VIA E-MAIL)

**FILED**
IN THE 13TH COURT OF APPEALS
CORPUS CHRISTI

AUG 2 0 2014

Dorian E. Ramirez
CLERK



# IN THE COURT OF CRIMINAL APPEALS OF TEXAS

## NO. WR-81,758-01

FILED
IN THE 13TH COURT OF APPEALS
CORPUS CHRISTI

AUG 2 0 2014

Dorian B. Ramirez
CLERK

### EX PARTE SAMUEL AGUILAR, Applicant

## ON APPLICATION FOR A WRIT OF HABEAS CORPUS
## CAUSE NO. 09-253-A IN THE 130TH DISTRICT COURT
## FROM MATAGORDA COUNTY

*Per curiam.*

### OPINION

Pursuant to the provisions of Article 11.07 of the Texas Code of Criminal Procedure, the clerk of the trial court transmitted to this Court this application for a writ of habeas corpus. *Ex parte Young*, 418 S.W.2d 824, 826 (Tex. Crim. App. 1967). Applicant was convicted of murder and sentenced to life imprisonment. The Thirteenth Court of Appeals affirmed his conviction. *Aguilar v. State*, No. 13-10-00273-CR (Tex. App.—Corpus Christi 2011, no pet.).

Applicant contends that his appellate counsel rendered ineffective assistance because she failed to timely notify him that his conviction had been affirmed and failed to advise him of his right to petition *pro se* for discretionary review.

The trial court found that Applicant was not advised of his right to file a *pro se* petition for

discretionary review (PDR). It recommended that we grant Applicant an out-of-time PDR. We agree. *Ex parte Wilson*, 956 S.W.2d 25 (Tex. Crim. App. 1997).

We find, therefore, that Applicant is entitled to the opportunity to file an out-of-time PDR of the judgment of the Thirteenth Court of Appeals in cause number 13-10-00273-CR that affirmed his conviction in cause number 09-253 from the 130th District Court of Matagorda County. Applicant shall file his PDR with this Court within 30 days of the date on which this Court's mandate issues.

Delivered:  August 20, 2014
Do not publish